## ANONYMOUS.

(January Term, 1864.)

ASSIGNMENT OF ERRORS — *amended record.* Where an amended transcript of the record is filed, it is regarded as a part of the original transcript, and an assignment of errors on such original record is sufficient.

Mr. ALLEN, for the plaintiff in error, suggested that an amended transcript of the record had been filed in this cause, and inquired whether that would be regarded as the record, or a part of the former record — the assignment of errors and joinder in error, are upon the original transcript.

Per CURIAM: The last record sent up we regard as a part of the former record, and as supplying its defects. The assignment of errors on the first record is sufficient.